UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ELECTRIC INSURANCE COMPANY,     )
                                     )
       Plaintiffs,              )
                                     )      No. 1:11-CV-261
v.                                 )      Chief Judge Curtis L. Collier
                                     )
DAVID MICHAEL, *et al.*,          )
                                   )
       Defendants.            )

**O R D E R**

Counsel for the parties have advised the Court that the matters in controversy have been settled to the satisfaction of all the parties. It is accordingly **ORDERED** that all counsel shall appear in person before the United States District Judge on **Friday, June 22, 2012 at 10:00 a.m.**, for a conference with regard to the status of the settlement and a final order.

In the event a final order is submitted prior to **June 22, 2012**, counsel shall contact Sheila Hendrix (423-752-5287) and the status conference will be canceled.

SO ORDERED.

ENTER:

**/s/** _____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**