UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ELECTRIC INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-261 |
| ) | |
| DAVID A. MICHEL and ) | Hon. Curtis L. Collier |
| CHECK INTO CASH, INC., ) | Hon. William B. Carter |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

The parties have announced to the Court that all claims and matters herein have been fully and finally resolved by compromise and settlement following mediation. By the signatures of counsel of record for the parties below, approving this Agreed Order of Dismissal for Entry, the parties have requested that the Court dismiss this case and all claims and matters herein, with. It is therefore

**ORDERED** that this case and all claims herein are dismissed, with prejudice. Pursuant to the agreement of the parties, no party shall submit a request for the taxation of any costs in this cause. This is a final order.

/s/_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

**ORDER SUBMITTED AND APPROVED FOR ENTRY JOINTLY BY:**

BOYLE BRASHER, LLC

By: /s/ S. Camille Reifers
BPR No. 019856
/s/ Rodrick D. Holmes
BPR No. 24501

80 Monroe Avenue, Ste. 410
Memphis, TN 38103
Telephone: (901) 521-2860
*Attorneys for Plaintiff
Electric Insurance Company*

LAW OFFICE OF BOB E. LYPE
& ASSOCIATES

By: /s/ Bob E. Lype
BPR No. 014399

6181 Vance Road
Chattanooga, TN 37421
Telephone: (423) 499-0705
Facsimile: (423) 499-0702
*Attorney for Defendant
David A. Michel*

JENNE, SCOTT & JENNE, PLLC

By: /s/ Michael E. Jenne
BPR No. 017424
P.O. Box 161
Cleveland, TN 37364
Telephone: (423) 476-5506
Telefax: (423) 476-5058
*Attorney for Defendant,
Check Into Cash, Inc*